UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HAKAN YALINCAK,

        Plaintiff,

v.

        Civil Case No. 3:07-CV-00132 (SRU)

STEVEN FISHMAN, MICHAEL LEWIS,
AND NEW YORK MAGAZINE
HOLDINGS, LLC,

        Defendants.     MARCH 6, 2008

FILED
2008 MAR 14  P 1:27

## NOTICE OF SETTLEMENT

The Plaintiff, Hakan Yalincak ("Yalincak" or "Plaintiff"), respectfully represents to the Court that on March 6, 2008, he received a fully executed copy of the Settlement Agreement between the parties, and that the Defendants have advised the Plaintiff that they will file the Joint Stipulation of Dismissal within five (5) days.

Dated: March 6, 2008

Respectfully submitted,

Hakan Yalincak Pro Se
Reg. No. 15662-014
RCI
P.O. Box 630
Winton, NC 27986

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was mailed this 6th day of March, 2008, via first-class mail, postage pre-paid by depositing a copy of the same in the RCI legal mailbox addressed as follows:

Rachel F. Strom, Esq.
Hogan & Hartson, L.L.P.
875 Third Ave.
New York, New York 10022

Hakan Yalincak

Exh A

## SETTLEMENT AGREEMENT AND RELEASE

FOR VALUABLE CONSIDERATION as hereinafter set forth, this settlement agreement and release (the "Agreement") is entered into by Hakan Yalincak ("Plaintiff") on one hand, and Steven Fishman ("Fishman"), Michael Lewis, and New York Magazine Holdings, LLC ("NYM") (collectively, "Defendants") on the other hand in reference to the following facts:

### RECITALS

A.  Certain disputes and differences have arisen between Plaintiff, on one hand, and Defendants on the other, regarding an article entitled "Mommy's Little Conman," which was published in the June 27, 2005 issue of *New York* Magazine (the "Article").

B.  Plaintiff filed a complaint with the United States District Court for the District of Connecticut on January 26, 2007 in the matter of <u>Hakan Yalincak v. Steven Fishman, Michael Lewis, and New York Magazine Holdings, LLC</u>, (Docket No. 3:07-CV-00132 (SRU)) (the "Action"). Plaintiff served the Defendants with the summons and complaint on or about March 12, 2007. On May 2, 2007, Defendants filed a Motion to Dismiss the Complaint, or in the alternative, for Summary Judgment ("Motion to Dismiss"), which has been fully submitted to the Court, and is currently pending. Additionally, on August 28, 2007, Plaintiff filed a motion for summary judgment (the "Summary Judgment Motion"), which is fully submitted to the Court, and is currently pending.

C.  Plaintiff and Defendants wish to fully and finally settle and resolve all the disputes and differences arising out of the facts and circumstances underlying the Action and/or the publication of the Article.

NOW, THEREFORE, in consideration of the covenants contained herein, Plaintiff and Defendants agree as follows:

\\NY - 021239/000008 - 1065378 v5

shall not be deemed part of this Agreement and shall in no way define, limit, extend or describe the scope or intent of any provisions hereof.

**WHEREFORE**, the parties have executed this Agreement as of the date set forth opposite their respective signatures.

Dated: 2/25/2008

*[signature]*
HAKAN YALINCAK

NEW YORK MAGAZINE HOLDINGS, LLC.

Dated: 3/5/08

By: *[signature]*

Its: Chief Operating Officer

Dated: 3.5.08

*[signature]*
STEVEN FISHMAN

Dated: 3.4.08

*[signature]*
MICHAEL LEWIS

WNY - 021239/008008 - 1065378 v5